O. M. White, appellee, v. Mandel Brothers, appellant. Gen.
No. 33,608.

Opinion filed March 11, 1930.

Altheimer & Mayer, for appellant; A. B. Manion, of counsel. Kirkland, Fleming, Green & Martin, for appellee; Charles F. Rathbun, Allan W. Cook and Edward C. Caldwell, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.